# United States Bankruptcy Court
## Northern District of California

In re **Dan Van Ho**  
Debtor(s)

Case No.  
Chapter **7**

# CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **4** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **September 5, 2009**

**/s/ Reginald R. Hindley**  
Signature of Attorney  
**Reginald R. Hindley 113144**  
**Law Office of Reginald R. Hindley**  
**718 Orchard Street**  
**Santa Rosa, CA 95404**  
**707-575-3700 Fax: 707-575-3020**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Ho, Dan -

Advanta Bank Corp.
Box 30715
Salt Lake City, UT 84130-0715


American Contractors Idemnity Co.
9821 Business Park Dr.
Sacramento, CA 95827


American Contractors Idemnity Co.
Claims Division
9841 Airport Blvd. 9th Floor
Los Angeles, CA 90045


Bank of America
4161 Piedmont Parkway
Greensboro, NC 27401


Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410


Capital Management Services (Dup.)
726 Exchange St. Ste 700
Buffalo, NY 14210


Capital One Bank
Box 628
Buffalo, NY 14240-0628


Chase
Box 15298
Wilmington, DE 19850-5298

Ho, Dan -

Discover
Box 3025
New Albany, OH 46054


Fredrick Hanna & Assoc. (Duplicate)
1427 Roswell Rd
Marietta, GA 30062


FTB
Corp. Office Collections
P.O. Box 942857
Sacramento, CA 94257-2021


GMAC
P.O. Box 380902
Minneapolis, MN 55438-0902


HCC Surety Group
9841 Airport Blvd. Ninth Floor
Los Angeles, CA 90045


Home Depot
Box 6029
The Lakes, NV 88901-6029


IRS
Ogden, UT 84201-0030


Kenneth S. Grossbart, Esq.
Box 15458
North Hollywood, CA 91615

Ho, Dan -


Lawson Roofing Co. Inc.
1495 Tennessee Street
San Francisco, CA 94107-3420


Marin Sanitary Service
Box 2086
Thousand Oaks, CA 91358-2086


Mid-Century Insurance
c/o Robert K. Phillips
Three Embarcadero Center Suite 550
San Francisco, CA 94111


Mike Huynh
245 Hyde St. #1
San Francisco, CA 94109


Milene Apanian
c/o Abdulaziz, Grossbart, & Rudman
6454 Coldwater Canyon Ave
North Hollywood, CA 91606


Ranh Ho
5708 South Jordan Canel Rd.
UT 84188


Richmond Sanitary Service
460 Union Ave Suite C
Fairfield, CA 94533-6320


Robert Stroj, Esq.
400 Tustin Ave, Suite 120
Santa Ana, CA 92705

Ho, Dan -


Son Nguyen
2432 Wood Hill Drive
Pittsburg, CA 94565


Spiegel & Utrera, P.C.
4727 Wilshire Blvd. Suite 601
Los Angeles, CA 90010


Valley Yellow Pages
Dept 33302
Box 39000
San Francisco, CA 94139