Certificate Number: 05701-CAN-DE-008413971

Bankruptcy Case Number: 09-12926

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 20, 2009, at 3:03 o'clock PM MST, DAN V HO completed a course on personal financial management given by internet by 50-30-20 MoneyPlan, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: September 21, 2009

By /s/Orsolya K Lazar

Name Orsolya K Lazar

Title Certification Manager